Case 3:05-cv-04620-SI Document 9 Filed 12/07/2005 Page 1 of 3

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY (STATE BAR NO. 82482)
STACY A. SMITH (STATE BAR NO. 219034)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Defendant Safeway Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

ALBERT RODRIGUEZ,

Plaintiff,

v.

SAFEWAY INC., and DOES 1 through 20, inclusive,

Defendants.

Case No. C 05 4620 SI

**STIPULATION AND ORDER [PROPOSED] CONTINUING HEARING ON MOTION TO DISMISS**

Plaintiff Albert Rodriguez ("Plaintiff") and Defendant Safeway Inc. ("Defendant") hereby stipulate that the Court may enter an order continuing the hearing on Defendant's motion to dismiss, currently set for hearing on January 13, 2006 at 9:00 a.m., to February 3, 2006 at 9:00 a.m., or such other later date as may be convenient for the Court. There is good cause for the entry of this order in that Plaintiff's counsel is unavailable during the week that Plaintiff's response is due, and the parties are currently engaged in discussions to attempt to resolve the entire action. The entry of this order will

///

///

///

Case 3:05-cv-04620-SI Document 9 Filed 12/07/2005 Page 2 of 3

not alter or change any other dates set by the Court. Accordingly, the parties respectfully request that the Court sign and file the parties' proposed order.

DATED: December 2, 2005

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY
STACY A. SMITH

By:________________________
Attorneys for Defendant
SAFEWAY INC.

DATED: December __, 2005

GARY E. MOSS
MARY PATRICIA HOUGH

By:________________________
Attorneys for Plaintiff
ALBERT RODRIGUEZ

**ORDER**

The Court, having reviewed the foregoing stipulation, and good cause appearing, hereby ORDERS that the hearing on Defendant's motion to dismiss, currently set for January 13, 2006 at 9:00 a.m., shall be continued to February 3, 2006 at 9:00 a.m.

DATED: December __, 2005

________________________
UNITED STATES

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Susan Illston
NORTHERN DISTRICT OF CALIFORNIA

not alter or change any other dates set by the Court. Accordingly, the parties respectfully request that the Court sign and file the parties' proposed order.

DATED: December __, 2005

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY
STACY A. SMITH

By:__________________
Attorneys for Defendant
SAFEWAY INC.

DATED: December 7, 2005

GARY E. MOSS
MARY PATRICIA HOUGH

By:__________________
Attorneys for Plaintiff
ALBERT RODRIGUEZ

**ORDER**

The Court, having reviewed the foregoing stipulation, and good cause appearing, hereby ORDERS that the hearing on Defendant's motion to dismiss, currently set for January 13, 2006 at 9:00 a.m., shall be continued to February __, 2006 at 9:00 a.m.

DATED: December __, 2005

UNITED STATES DISTRICT COURT