```
1  DILLINGHAM & MURPHY, LLP
   WILLIAM F. MURPHY (STATE BAR NO. 82482)
2  STACY A. SMITH (STATE BAR NO. 219034)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:   (415) 397-2700
4  Facsimile:   (415) 397-3300

5     Attorneys for Defendants Safeway Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAFEWAY INC., and DOES 1 through 20, inclusive,<br><br>　　　　Defendants. | Case No. C 05 4620 SI<br><br>STIPULATION FOR AND ORDER DISMISSING ACTION, WITH PREJUDICE.<br><br>**Rule 41(a)** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff ALBERT RODRIGUEZ ("plaintiff") and Defendant SAFEWAY INC. ("Safeway") hereby stipulate that the Court should enter an order dismissing this action, with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated: January 23, 2006.

DILLINGHAM & MURPHY, LLP
WILLIAM F. MURPHY
STACY A. SMITH

By: _____
Attorneys for Defendant Safeway Inc.

//

Page 1 – STIP/ORDER DISMISSING ACTION WITH PREJUDICE

Dated: January 12, 2006.

GARY E. MOSS
MARY PATRICIA HOUGH
LAW OFFICES OF MOSS & HOUGH

By: _____
Attorneys for Plaintiff

## ORDER

The Court, having reviewed the foregoing stipulation, hereby ORDERS pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action be and hereby is DISMISSED, with prejudice, each party to bear his or its own attorneys' fees and costs.

Dated: January __, 2006.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Susan Illston